UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex<br>MARKET SALES PRACTICES, AND<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *This document relates to:* | |
| DOLLIE WHITLEY,<br>Plaintiff,<br><br>v.<br><br>PFIZER INC.<br>Defendant. | STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE AS<br>TO PLAINTIFF DOLLIE WHITLEY<br><br>Case No. 3:06-cv-5484-CRB |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff DOLLIE WHITLEY in this action are dismissed with prejudice. Court costs are to be paid by party incurring same.

DATED: August 21, 2007

By: _____
John David Hart, TX Bar No. 09147700
Wells Fargo Tower
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102 - Telephone
817/332-5858 - Facsimile
johnhart@hartlaw.com

Attorney for Plaintiff, Dollie Whitley

DATED: September 10, 2007

By: _____

Amy Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____

Hon. Charles R. Breyer
United States District Court

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) |
| *This Document Relates To:* | ) ) ) |
| DOLLIE WHITLEY | ) MDL NO. 1699 ) |
| Plaintiff, | ) District Judge: Charles R. Breyer ) |
| v. | ) Case No. 3:06-cv-5484-CRB ) |
| PFIZER INC. | ) ) |
| Defendants. | ) ) ) ) ) |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
### REGARDING PLAINTIFF DOLLIE WHITLEY

IT IS HEREBY ORDERED pursuant to the above Stipulation, that the claim of

plaintiff, Dollie Whitley, in the above-referenced matter is dismissed with prejudice.

Dated: _____, 2007.


                                                                   Judge Charles R. Breyer
                                                                   United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *This document relates to:* | |
| DOLLIE WHITLEY,<br>    Plaintiff, | VERIFICATION |
| v. | Case No. 3:06-cv-5484-CRB |
| PFIZER INC.<br>    Defendant. | |

As attorney for Plaintiff, DOLLIE WHITLEY, I hereby verify that the required amount was paid to the common benefit expense fund on August 21, 2007 pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8 that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

DATED: August 21, 2007

By: _____
John David Hart, TX Bar No. 09147700
Wells Fargo Tower
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102 - Telephone
817/332-5858 - Facsimile
johnhart@hartlaw.com

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND Celebrex MARKET
SALES PRACTICES, AND PRODUCT
LIABILITY LITIGATION

*This Document Relates To:*

DOLLIE WHITLEY

    Plaintiff,

v.

PFIZER INC.

    Defendants.

) MDL NO. 1699
)
) District Judge: Charles R. Breyer
)
) Case No. 3:06-cv-5484-CRB

## VERIFICATION

As attorney for Defendants, I hereby verify that the required amount was paid to the common benefit expense fund by Plaintiff's counsel on August 21, 2007, pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8, specifically that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

By: Amy W. Schulman, Esq.

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
**Attorneys for Defendants**

imanage9578461